[No. 37448-6-I.    Division One.    March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY R. VANWINKLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-03739-1, Richard Eadie, J., entered September 6, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37463-0-I.    Division One.    March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LELA C. BYNUM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-02425-6, Maurice M. Epstein, J. Pro Tem., entered September 25, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37520-2-I.    Division One.    March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID BYRON FREASE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-03671-8, Richard Eadie, J., entered September 15, 1995. *Dismissed* by unpublished per curiam opinion.

[Nos. 37522-9-I; 37709-4-I.    Division One.    March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON MARC PURDY, *Appellant*.

THE STATE OF WASHINGTON, *Appellant*, v. DANTE LORENZO NELSON, *Respondent*.

Appeals from judgments of the Superior Courts for King and Snohomish Counties, No. 95-1-01368-2 and 95-1-00878-4, George T. Mattson and Kathryn E. Trumbull, JJ., entered October 20 and September 19, 1995. Judgment for Nelson *reversed* and judgment as to Purdy *affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Grosse and Ellington, JJ.